United States District Court
Southern District of Texas
**ENTERED**
February 09, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COLFLETAR SAS, *et al,* § | CIVIL ACTION NO |
| Plaintiffs, § | 4:22-cv-04518 |
| § | |
| § | |
| vs. § | JUDGE CHARLES ESKRIDGE |
| § | |
| § | |
| THOMPSON PIPE § | |
| GROUP INC, *et al,* § | |
| Defendants. § | |

## MINUTE ENTRY AND ORDER

Minute entry for DISCOVERY HEARING before Judge Charles Eskridge on January 30, 2024. Plaintiff Colfletar SAS and Defendant Thompson Pipe Group, Inc, present by video and represented by counsel.

The Court addressed a dispute regarding Plaintiff's compliance with requests for production sought Defendant.

It was ORDERED that Plaintiff should reasonably and promptly consult with its IT experts to address ESI-compliance issues to the extent possible related to WhatsApp messages.

Plaintiff advised that it will be providing certain documents with Bates labels by February 2, 2024.

Defendant may submit a further letter to the Court if the above items aren't provided within a reasonable time or if there are related disputes.

The parties should continue to confer in good faith regarding discovery and settlement.

SO ORDERED.

Signed on January 30, 2024, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge